UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOLLE PROSEQUI |
| -v.- | : | S1 16 Cr. 554 (JGK) |
| JULIAN GONZALEZ, and<br>WILLIAM PARSELLS,<br>    a/k/a "Billy," | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - x

      1.    The filing of this nolle prosequi will dispose of this case with respect to JULIAN GONZALEZ and WILLIAM PARSELLS, a/k/a "Billy," the defendants.

      2.    On August 11, 2016, Indictment 16 Cr. 554 (JGK) was returned, charging JULIAN GONZALEZ, the defendant, with conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine and one kilogram or more of heroin, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A). On January 31, 2017, Superseding Indictment S1 16 Cr. 554 (JGK) was returned, charging JULIAN GONZALEZ and WILLIAM PARSELLS, a/k/a "Billy," the defendants, with conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine and one kilogram or more of heroin, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

3. Because an important witness in the case cannot be located, the Government has determined that the charges should be dismissed.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to JULIAN GONZALEZ and WILLIAM PARSELLS, a/k/a "Billy," the defendants, with respect to Indictment 16 Cr. 554 (JGK) and Superseding Indictment S1 16 Cr. 554 (JGK).

                                                  Andrew K. Chan
                                                  Assistant United States Attorney
                                                  (212) 637-1072

Dated:    New York, New York
           May 30, 2017

1093

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to JULIAN GONZALEZ and WILLIAM PARSELLS, a/k/a "Billy," the defendants, with respect to Indictment 16 Cr. 554 (JGK) and Superseding Indictment S1 16 Cr. 554 (JGK).

                                                _____
                                                JOON H. KIM
                                                Acting United States Attorney
                                                Southern District of New York

Dated:    New York, New York
             May __, 2017

SO ORDERED:                             _____
                                          HON. JOHN G. KOELTL
                                          United States District Judge
                                          Southern District of New York

Dated:    New York, New York
             May __, 2017

1093